

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Ayman & Shadi, LLC d/b/a Milano's Pizza; Milano's Pizza in its assumed or common name, Appellant<br><br>No. 06-23-00053-CV      v.<br><br>Ellen McConnell and Sue Ellen Strizich, Appellees | Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 18-0107). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating. |

As stated in the Court's opinion of this date, we deny the petition and dismiss this attempted appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JUNE 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk